ALBERT MOHMKING v. RICHARD BOWES, COLLECTOR,
&c., OF THE CITY OF HOBOKEN.

HENRY SEICHTER ET AL. v. SAME.

Argued June 12, 1900—Decided November 12, 1900.

Under the supplement to the charter of the city of Hoboken (*Pamph.
L.* 1871, *p.* 1417), the rate of taxation for city purposes is not
limited, as it previously had been, to eight mills on each dollar
of ratables.

On *certiorari.*

Before Justices DIXON and COLLINS.

For the prosecutors, *John I. Weller.*

For the defendant, *James F. Minturn.*

The opinion of the court was delivered by

DIXON, J. The prosecutors seek to set aside or lessen the
taxes levied against them for the year 1899 by the city of
Hoboken, because they are assessed at a greater rate than
eight mills on the dollar, in violation, it is claimed, of the
city charter.

That charter (*Pamph. L.* 1855, *p.* 448) originally provided
that the amount of money to be raised by taxation for city
purposes should be determined by popular vote at each annual
charter election, and should not exceed three mills on each
dollar of the ratables. In 1866 (*Pamph. L., p.* 1047, § 4)
the permissible rate was increased to eight mills on each
dollar.

But in 1871 the legislature inaugurated a new system. By
a supplement to the charter then passed (*Pamph. L., p.* 1417)
the people were required to choose at each annual election
two persons in each ward of the city to constitute a board of

tax commissioners, and this board was empowered to fix the amounts to be raised by taxation in the current year for all purposes necessary to carry on the city government. This act placed no limit on the discretion of these commissioners in determining the sums to be raised; and we think the system thus established was so different from that previously in force that the express limitation upon the earlier power should not be regarded as an implied restriction on the new authority.

The rate of taxation, therefore, was not illegal, and the taxes under review are affirmed, with costs.